# UNITED STATES DISTRICT COURT
## ---------------DISTRICT OF MARYLAND---------------

**UNITED STATES OF AMERICA**     *

v.     *    Case No.:   AMD-98-0212

**GEORGE DANGERFIELD, JR.**     *

## LINE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Enter my appearance as counsel in the case to preliminarily review Mr. Dangerfield's sentence under 18 U.S.C. § 3582(c). I certify that I am admitted to practice in this Court.

JAMES WYDA
Federal Public Defender

Date: April 3, 2008

_____
PARESH S. PATEL
Staff Attorney
Federal Public Defender's Office
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770-1405
(301) 344-0600
Fax No. (301) 344-0019