**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND 20770
TEL: (301) 344-0600
FAX: (301) 344-0019

JAMES WYDA
FEDERAL PUBLIC DEFENDER

PARESH PATEL
STAFF ATTORNEY

April 28, 2008

**Via Hand Delivery**

**Crack Reduction -    Status Report**

The Honorable Andre M. Davis
United States District Judge
United States District Court for the
 District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re:    *United States v. George Dangerfield*, Case No. AMD-98-0212

Dear Judge Davis:

Please accept and docket this letter as a status report regarding Mr. Dangerfield's eligibility for a reduced sentence under 18 U.S.C. § 3582(c) and Amendments 706 and 711. The United States Probation Office has reviewed Mr. Dangerfield's case and determined that he is not eligible to seek a reduced sentence because his offense level, which was determined based on a combination of drugs (19 grams of crack and 179.1 grams of cocaine), does not decrease under the new marijuana equivalency table under § 2D1.1, note 10.

Since Probation reviewed Mr. Dangerfield's case, the Sentencing Commission has again amended the new marijuana equivalency table (effective May 1, 2008). *See* Exhibit 1. The new table establishes a new formula for determining a defendant's offense level when a combination of drugs are attributed to the defendant. However, even under this new table, Mr. Dangerfield's offense level of 26 remains the same. *See* Exhibit 1. Accordingly, Mr. Dangerfield is not eligible for a reduced sentence under the crack amendment. Thank you for your consideration of this matter.

Sincerely,

Paresh S. Patel
Staff Attorney

cc:    Barbara Sale, Assistant United States Attorney
       Estelle Santana, United States Probation Officer
       George A. Dangerfield, Jr, #33267-037